| | | |
|---|---|---|
| CARLOUS PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No: |
| | ) | |
| | ) | Missouri Circuit Court of Jackson |
| v. | ) | County, at Independence |
| | ) | |
| CHARLESTON'S RESTAURANT | ) | |
| GROUP, INC. d/b/a Hal Smith Restaurants, | ) | State Case No: 2216-CV17431 |
| SMITTY'S GARAGE – WARD PARKWAY, LLC | ) | |
| and AUSTIN FEARING, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

COMES NOW Steven H. Schwartz and hereby enters his appearance on behalf of

Defendants Charleston's Restaurant Group, Inc. d/b/a Hal Smith Restaurants, Smitty's

Garage – Ward Parkway, LLC, and Austin Fearing, in the above-captioned matter.


BROWN & JAMES, P.C.


/s/ Steven H. Schwartz
Steven H. Schwartz,   #36436MO
sschwartz@bjpc.com
Elizabeth S. Silker,    #57640MO
esilker@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2022, a copy of the foregoing was served upon all counsel of record through the electronic mail and U.S. Mail.

/s/ Steven H. Schwartz

**Attorneys for Defendants**

28456186.1