IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Kansas City Division

| Carlous Price, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. 4:22-cv-00793-HFS |
| Charleston's Restaurant Group, et. al., | ) |  |
| Defendants. | ) |  |

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal. (Doc.47). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

                                        */s/ Howard F. Sachs*
                                        HOWARD F. SACHS
                                        UNITED STATES DISTRICT JUDGE

Dated: July 11, 2023
Kansas City, Missouri